Bruce R. Bailey, SBN 037784
Yoshiyuki Takamatsu, SBN 223432
BAILEY & ASSOCIATES
2029 Century Park E., Ste 3300
Los Angeles, CA 90067
(310) 286-9900 Telephone
(310) 286-9907 Facsimile

Attorneys for Plaintiffs

RECEIVED
SEP 2 9 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> vs <br><br> COLEMAN REINFORCING STEEL, INC., et al., <br><br> Defendant. | CASE NO. Foreign Judgment <br> C 04-5007 SBA <br><br> REQUEST FOR TAKING HEARING OFF CALENDAR RE: ORDER TO SHOW CAUSE AND ORDER <br><br> Hearing Date: Oct. 18, 2006 <br> Hearing Time: 10:00 am <br><br> Hon. Bernard Zimmerman |

TO THE COURT:

Plaintiffs respectfully request that the Court take off calendar further continued Order to Show Cause hearing currently set for October 18, 2006 at 10:00 am as this matter has already been resolved

Dated: September 26, 2006

BAILEY & ASSOCIATES

Yoshiyuki Takamatsu
Attorneys for Plaintiffs
CALIFORNIA IRONWORKERS
FIELD PENSION TRUST, et al.

## ORDER

Upon request of Plaintiffs and good cause appearing,

**IT IS HEREBY ORDERED** that the further hearing of Order to Show Cause of Mr. John D. Coleman currently scheduled for October 18, 2006, at 10:00 am, be taken off calendar. *The Order to Show Cause is Discharged*

Dated: 4 Oct, 2006

UNITED STATES DISTRICT COURT

Bernard Zimmerman
United States Magistrate Judge

## DECLARATION OF SERVICE

(1) I am and at all times herein mentioned was a resident of the County of Los Angeles. I am over the age of eighteen (18) years and not a party to the within action. My business address is: 2029 Century Park East, Suite 3300, Los Angeles, CA 90067, and I am employed in the office of a member of this Court at whose direction the service was made.

(2) I am readily familiar with the normal business practice of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer are deposited the same day with the United States Postal Service.

(3) On September 26, 2006, I served the within **Request for Taking Hearing Off Calendar Re: Order to Show Cause Hearing and Order** upon counsel/interested parties named below by placing a true copy thereof in an envelope(s) addressed as follows:

Coleman Reinforcing Steel, Inc.  
208 Westbrook Dr.  
Santa Rosa, CA 95401

John D. Coleman  
208 Westbrook Dr.  
Santa Rosa, CA 95401

Michael C. Fallon, Esq.  
Law Offices of Michael C. Fallon  
100 "E." St., Ste 219  
Santa Rosa, CA 95404

[x] (BY U.S. MAIL) I sealed said envelope(s) and, following the ordinary business practices of my employer, placed said sealed envelope(s) in the office of my employer at 2029 Century Park East, Suite 3300, Los Angeles, CA 90067, for collection and mailing with the United States Postal Service on the same date.

[ ] (BY OVERNIGHT DELIVERY) I caused to be delivered such envelope by overnight delivery to the offices of the addressee.

[ ] (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the offices of the addressee.

[ ] (BY FACSIMILE) I caused the above-referenced document(s) to be transmitted to the addressee(s) at the FAX number(s) listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of September 2006 at Los Angeles, California.

By: Sherly Anggreini